U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLEMENTE QUIROZ** | : | **DOCKET NO. 2:07-cv-393** |
| **VS.** | : | **JUDGE MINALDI** |
| **J. P. YOUNG** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be **DENIED AND DISMISSED** as premature.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE